# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

TYMESHA ANTONIA PENDLETON,

       Plaintiff,

   v.

DUKE UNIVERSITY,

       Defendant.

Case No.: 1:25-cv-00056

## <u>NOTICE OF APPEARANCE</u>

PLEASE TAKE NOTICE that Brodie D. Erwin of the law firm Kilpatrick Townsend & Stockton LLP hereby appears as counsel for Defendant Duke University, in the above-referenced proceeding.

This the 19th day of June, 2025.

KILPATRICK TOWNSEND & STOCKTON LLP

/s/ Brodie D. Erwin
Brodie D. Erwin (N.C. State Bar No. 44368)
4208 Six Forks Road, Suite 1400
Raleigh, NC 27609
Telephone: (919) 420-1718
Facsimile: (919) 510-6120
Email: berwin@kilpatricktownsend.com

*Attorneys for Defendant Duke University*

## CERTIFICATE OF SERVICE

I hereby certify that on this date this ***Notice of Appearance*** was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

This the 19th day of June, 2025.

/s/ Brodie D. Erwin
Brodie D. Erwin
*Attorneys for Defendant Duke University*

2