**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| TYMESHA ANTONIA PENDLETON,<br><br>Plaintiff,<br><br>v.<br><br>DUKE UNIVERSITY,<br><br>Defendant. | Case No. 1:25-cv-00056 |

**[Proposed] ORDER GRANTING DEFENDANT'S CONSENT MOTION FOR EXTENSION OF DISCOVERY AND DISPOSITIVE MOTIONS DEADLINES**

This matter is before the Court on Defendant Duke University's Consent Motion for Extension of Discovery and Dispositive Motion Deadlines (the "Motion"). Upon review of the representations in the Motion and noting Plaintiff's consent to the relief requested therein, the Court finds that good cause exists to grant the Motion.

**IT IS HEREBY ORDERED** that the deadline for Defendant to complete discovery is extended up to and including November 30, 2026, to allow Defendant to receive the discovery mandated by the Court's June 29, 2026 Order granting Defendant's Motion to Compel, to allow Defendant to take Plaintiff's deposition, and to permit Defendant to pursue any additional discovery following Plaintiff's deposition.

**IT IS FURTHER ORDERED** that the deadline for the parties to file dispositive motions is extended up to and including January 11, 2027.

**SO ORDERED** this the ____ day of September, 2026.

______________________
L. Patrick Auld
United States Magistrate Judge
Middle District of North Carolina