**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| TYMESHA ANTONIA PENDLETON,<br><br>Plaintiff,<br><br>v.<br><br>DUKE UNIVERSITY,<br><br>Defendant. | Case No. 1:25-cv-00056 |

**MOTION FOR ADDITIONAL SANCTIONS INCLUDING DISMISSAL**

Defendant Duke University ("Duke"), by and through undersigned counsel and pursuant to Rules 37(b) and 41(b) of the Federal Rules of Civil Procedure, hereby moves for an Order assessing additional sanctions, including dismissal of this action with prejudice, against Plaintiff Tymesha Antonia Pendleton due to her failure to pay the monetary sanctions set forth in the Court's July 18 and October 6, 2026, Text Orders and her continued failure to fully respond to discovery requests, despite the Court's June 29 and October 6, 2026, Text Orders compelling fulsome responses.

In the alternative, Duke requests that the Court order Plaintiff to: (1) pay Duke its original sanction; (2) pay additional sanctions equal to the costs incurred by Duke in attending the October 6, 2026, and November 24, 2026, hearings, preparing the medical records subpoena, responding to Sozo's Motion to Quash (Doc. 44), participating in meet-and-confer conferences and other efforts designed to obtain Plaintiff's compliance with her

discovery and sanctions obligations, preparing the Notice of Deficiency (Doc. 47), and bringing the present Motion[1]; (3) produce her complete psychotherapy records from Ceres or executed authorizations so Duke can obtain them; and (4) conduct and certify an objectively reasonable search of her personal communications. Duke further requests that the Order state that failure to comply in full will result in dismissal of this action with prejudice without further hearing.

In support of this Motion, Duke respectfully submits the accompanying Memorandum of Law, together with Exhibits A and B incorporated therein by reference.

Respectfully submitted, this the 23rd day of November, 2026.


K&L Gates LLP

/s/ *Brodie D. Erwin*
Brodie D. Erwin
N.C. State Bar No. 44368
Mason P. Butner
N.C. State Bar No. 60794
301 Hillsborough Street, Suite 1200
Raleigh, NC 27603
(919) 831-7031
brodie.erwin@klgates.com
mason.butner@klgates.com

*Attorneys for Defendant Duke University*


[1] Duke will file a fee petition with billing records and any necessary supporting affidavits at the Court's request if the Court desires to impose this alternative sanction.

## CERTIFICATE OF CONFERRAL

Pursuant to Local Rule 37.1, the undersigned confirms that pursuant to the Court's October 6, 2026, Text Order, counsel for the parties conferred regarding the outstanding discovery deficiencies and Plaintiff's failure to pay the monetary sanctions previously ordered by the Court on July 18 and October 6, 2026. Counsel for the Plaintiff could not confirm whether Plaintiff would produce the outstanding documents and information requested by Duke, nor could he provide assurance that Plaintiff intended to pay the outstanding monetary sanction.

/s/ *Brodie D. Erwin*
Brodie D. Erwin

*Attorney for Defendant Duke University*

## CERTIFICATE OF SERVICE

I hereby certify that on this date this document was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

This the 23rd day of November, 2026.

/s/ *Brodie D. Erwin*
Brodie D. Erwin

*Attorney for Defendant Duke University*